UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
**Urological Surgery Professional Association;**               )
**Urological Surgery Professional Association**              )
**Money Purchase Pension Plan and Trust;**              )
**Urological Surgery Professional Association**              )
**Profit Sharing Plan and Trust;**              )
**Edward A. Chibaro, M.D., as Trustee**              )
**Edward A. Chibaro, M.D., as Participant and**              )      Civil Action No. 1:08-cv-241-LM
**Plan Beneficiary**              )
              )
**v.**              )
              )
**Fecteau Benefits Group, Inc.**              )
**Thomas B. Fecteau, Individually;**              )
**William Mann Company, Inc.; and**              )
**William M. Prizer, III, Individually**              )

### STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) and Local Rule 41.1, the undersigned parties, by and through their respective counsel, hereby agree and stipulate that this action be and hereby is dismissed, with prejudice, with respect to the defendants Fecteau Benefits Group, Inc. and Thomas B. Fecteau.  Each undersigned party to bear its own costs and all rights of appeal and to attorneys' fees have been waived.

STIPULATED AND AGREED TO:

UROLOGICAL SURGERY PROFESSIONAL ASSOCIATION, THE UROLOGICAL SURGERY PROFESSIONAL ASSOCIATION MONEY PURCHASE PENSION PLAN AND TRUST, THE UROLOGICAL SURGERY PROFESSIONAL ASSOCIATION PROFIT SHARING PLAN AND TRUST, AND EDWARD A. CHIBARO, M.D., AS TRUSTEE AND AS PLAN PARTICIPANT AND BENEFICIARY

                          By their attorneys,

                          DEVINE, MILLIMET & BRANCH,
                          PROFESSIONAL ASSOCIATION

Dated: March 25, 2011    By:   /s/ Joshua M. Wyatt
                                      Alexander J. Walker, Jr. (#9404)
                                      Joshua M. Wyatt (#18603)
                                      111 Amherst Street
                                      Manchester, NH  03101
                                      (603) 669-1000
                                      awalker@devinemillimet.com
                                      jwyatt@devinemillimet.com

                          FECTEAU BENEFITS GROUP
                          AND THOMAS B. FECTEAU

                          By their attorneys,

                          CLEVELAND WATERS AND BASS, P.A.

Dated: March 25, 2011    By:   /s/ William Pribis
                                        William Pribis (#11348)
                                      Cleveland Waters and Bass, PA
                                      Two Capital Plaza, PO Box 1137
                                      (603) 224-7761
                                      pribisw@wbpa.com

Dated at Concord, New Hampshire, this  25  day of  March , 2011.

                                                  **SO ORDERED:**

                                                  /s/ Landya McCafferty
                                                 Landya McCafferty
                                                 United States Magistrate Judge